IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE A. JOHNAKIN, :
    Plaintiff :
:
vs.                               CIVIL NO. 1:CV-10-0604
:
EDWARD RENDELL, Governor of :
Pennsylvania, et al.,
    Defendants :

*O R D E R*

AND NOW, this 30th day of April, 2010, upon consideration of the report and recommendation of the magistrate judge (doc. 7), filed March 26, 2010, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Plaintiff's request to proceed in forma pauperis is granted.

    3. The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2).

    4. The Clerk of Court shall close this file.

                                     /s/William W. Caldwell
                                     William W. Caldwell
                                     United States District Judge